United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     CHINGISKHAN MOVLAEV,                        Case No.  24-cv-05016-SK

8                  Petitioner,

9            v.                                   **ORDER TO SHOW CAUSE**

10    MOISES BECERRA, et al.,

11                 Respondents.

12           Petitioner Chingiskhan Movlaev has filed a petition for a writ of habeas corpus concerning

13    an alleged ongoing prolonged detention while in the custody of Immigration and Customs

14    Enforcement.  The Court makes a preliminary finding that it has jurisdiction to consider this claim.

15    *See Jennings v. Rodriguez*, 583 U.S. 281, 292-96(2018); *see also Amarjeet Singh v. Gonzales*, 499

16    F.3d 969, 977-78 (9th Cir. 2007).  Accordingly, the Court DIRECTS Plaintiff to serve on

17    Respondents, by no later than August 30, 2024, a copy of the Petition with supporting documents[1]

18    and a copy of this Order.  Respondents are ordered to show cause why the writ should not issue on

19    or before November 1, 2024.

20           Petitioner shall have through September 5, 2024, to file whether he consents or declines to

21    the jurisdiction of a federal magistrate judge.  Respondents shall have through September 13,

22    2024, to file their consent or declination to the jurisdiction of a federal magistrate judge.  Any

23    party is "free to withhold consent without adverse substantive consequences."  28 U.S.C. §

24    636(c)(2).

25    / / /

26    / / /

27           [1] The Court sealed the supporting documents (Dkt. 1-1) *sua sponte* because they included
28    sensitive personally identifying information.  Should any further filings contain personally
      identifying information, the parties shall comply with Local Civil Rules 79-5 and 7-11.

1          **IT IS SO ORDERED**.

2     Dated: August 26, 2024

3

4                                                    SALLIE KIM
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California